151 A.3d 88

ERIK LUKMANN, PLAINTIFF-PETITIONER, v. WENESCO RES-
TAURANT SYSTEMS, INC., D/B/A WENDYS; WENESCO RES-
TAURANT SYSTEMS, LLC., D/B/A WENDYS; WENESECO RES-
TAURANTS, INC., D/B/A WENDYS; WENESCO FORT LEE,
LLC, D/B/A WENDYS; WENDY'S INTERNATIONAL INC., D/B/A
WENDYS, DEFENDANTS-RESPONDENTS.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001451-14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.